THE STATE v. KUHNER *et al.*

Appeal: CRIMINAL CASE : EVIDENCE WANTING. The grounds of the appeal in this case require a consideration of the evidence, but appellee filed a paper denying appellants' abstract of the evidence on the ground that it was not made of record by bill of exceptions, nor certified in any manner, which denial is not controverted, and must be taken as true. *Held* that the questions raised by the appeal could not be considered, and that the judgment should be affirmed.

*Appeal from Polk District Court.* — HON. JOSIAH GIVEN, Judge.

FILED, May 9, 1889.

THE defendants were indicted, tried and convicted upon a charge of keeping a liquor nuisance, and they appeal.

*Guthrie & Maley*, for appellants.

*A. J. Baker*, Attorney General, for the State.

ROTHROCK, J.—The defendants demand a reversal of the cause upon grounds which cannot be considered without an abstract of the evidence in the case, or at least without some showing of what the evidence tended

to prove.   The attorney general filed no argument in this court.   He filed a paper in denial of appellants' abstract of the evidence, upon the grounds that there is no bill of exceptions making the evidence of record, and that the evidence is not certified to in any manner.   This is not denied by appellants, and it must be accepted as true.   The judgment of the district court will be

AFFIRMED.